# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. H-19-186 |
| LAYMAR PENA-TORREALBA, DEFENDANT | § § § § | UNDER SEAL |

## UNOPPOSED MOTION TO UNSEAL

The United States, by and through its undersigned attorneys, respectfully requests that the Court unseal the docket for the above-captioned case. Following Defendant's guilty plea on March 21, 2019, she cooperated with the government's investigation. In order to facilitate that cooperation, the parties requested that the case against Defendant remained sealed until such future time when unsealing the case would no longer compromise Defendant's cooperation.

Defendant is expected to testify in open court the week of March 22, 2021 in *United States v. De Jongh*, H-20-cr-305; the case against Defendant may now be unsealed.

Because this motion to unseal references Defendant's cooperation, the government requests that the motion itself remain sealed.

Respectfully submitted,

DANIEL S. KAHN
ACTING CHIEF
Fraud Section

JENNIFER LOWERY
ACTING U.S. ATTORNEY
Southern District of Texas

_____/s/_____

____/s/_____

SARAH E. EDWARDS
TRIAL ATTORNEY
SONALI D. PATEL
ASSISTANT CHIEF

JOHN PEARSON
ROBERT S. JOHNSON
ASSISTANT U.S. ATTORNEYS

Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 305-6761

U.S. Attorney's Office
Southern District of Texas
1000 Louisiana, Ste. 2300
Houston, TX 77002
Tel: (713) 567-9342

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. H-19-186 |
| LAYMAR PENA-TORREALBA, DEFENDANT | § § § § | |

## ORDER TO UNSEAL

It is **ORDERED** that the above-captioned docket, United States v. Laymar Pena Torrealba, H-19-cr-186, is hereby unsealed.

**DATED** this _____ day of March, 2021.

_____
HON. GRAY H. MILLER
SOUTHERN DISTRICT OF TEXAS